# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) No. 1:23-cv-83-TWP-TAB<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| CARRERA PLASTER RESTORATION LLC, a Missouri Limited Liability Company, | )<br>)<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The above-captioned cause of action is hereby ordered dismissed without prejudice with each side to bear their own attorney fees and costs.

Date: 5/16/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Donald D. Schwartz
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
dds@aandklaw.com

CARRERA PLASTER RESTORATION LLC
C/O ITS REGISTERED AGENT, JASON M. CARRERA
6517 MICHIGAN AVENUE
ST. LOUIS, MO 63111